UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-20659-svk |
| EINELDA SANTIAGO, ) | Chapter 13 |
| ) | |
| Debtor. ) | |

**OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Please take notice that the debtor, Einelda Santiago, by her attorneys, DeLadurantey Law Office, LLC, by Nathan E. DeLadurantey, hereby objects to the Motion to Relief from the Automatic Stay as brought by creditor.

The debtor asserts that the boiler in her home needed to be replaced and due to the unexpected expenses of replacing it she was not able to make her mortgage payment.

The debtor shall resume making regular monthly mortgage payments, beginning with the payment due for the month of January. The debtor requests that any and all remaining arrearages be paid through the plan as a supplemental claim.

Debotors attorney drafted this objection prior to the deadline and mailed a copy of it to the attorney for Landmark Credit Union, but neglected to finish filing the document in CM/ECF. Landmark Credit Unions's attorney's notified debtors attorney's of this oversight, and have been in contact regarding a settlement of this Motion for Relief.

The debtor respectfully requests that the Court schedule a hearing on the matter.

Dated: December 11, 2015.

        DeLadurantey Law Office, LLC
        Attorneys for Debtor

        /s/
        By: Nathan E. DeLadurantey
        State Bar No. 1063937

Drafted by:
Matthew L. Hoenig
SBN 1097901
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
matthew@dela-law.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: )
EINELDA SANTIAGO ) Case No. 15-20659-svk
) Chapter 13
)
Debtor. )

## CERTIFICATE OF SERVICE

Matthew Hoenig states under oath that he is over the age of 18 and a attorney at DeLadurantey Law Office, LLC, attorneys for the debtors, and that on December 11, 2015, he delivered true and correct copies of the attached "Objection to Motion for Relief from the Automatic Stay" and "Certificate of Service" via the CM/ECF system or first-class mail to the following parties:

| | |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Eastern District of Wisconsin<br>*via CM/ECF* | Trustee Mary B. Grossman<br>*via CM/ECF* |
| Office of the United States Trustee<br>*via CM/ECF* | Mark C. Darnieder<br>Darnieder & Sosnay<br>735 N Water St., Suite 930<br>Milwaukee, WI 53202<br>*Via First Class Mail* |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2015.

Signed: /s/ Matthew Hoenig
Matthew Hoenig

Drafted by:
Matthew L. Hoenig
SBN 1097901
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
matthew@dela-law.com

2