UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re: Einelda S. Santiago,

      Debtor.

Case No. 15-20659
Chapter 13

---

LANDMARK CREDIT UNION,

      Creditor,

v.

EINELDA S. SANTIAGO,

      Debtor.

---

### STIPULATION RESOLVING MOTION TO LIFT STAY

---

The Motion for Relief from the Automatic Stay of Landmark Credit Union, having been filed on November 20, 2015 and the parties desiring to resolve said motion by stipulation, it is hereby stipulated and agreed to as follows:

The Motion for Relief from the Automatic Stay of the Credit Union is denied, however, the Credit Union is granted a doomsday through December, 2016 as it relates to Debtor's requirement to make timely monthly mortgage payments. Debtor shall make regular monthly payments starting with the December 24, 2015 payment. In the event a monthly payment is not received during the doomsday within the grace period, an affidavit of default shall be filed with the Court under the 7 Day Rule with the appropriate Order. The Credit Union shall be entitled to renew this motion at any time after the doomsday. The Credit Union shall be entitled to file a

Mark C. Darnieder - State Bar No. 1017259
Darnieder & Sosnay
735 N. Water St., Suite 930
Milwaukee, WI 53202
Phone: (414) 277-1400
Fax: (414) 277-7087
E-Mail: mark@dwdglaw.com

supplemental claim for post filing arrearage of $1,840.30 plus costs and attorney fees of $576.00 for a total of $2,416.30. Such claim shall be paid in full under the plan.

Dated this 16th day of December, 2015.

_____
Anton Nickolai
Debtor's Attorney

Dated this 16th day of December, 2015.

_____
Mark C. Darnieder
Attorney for Landmark Credit Union

Dated this _____ day of December, 2015.


_____
Mary B. Grossman
Trustee

supplemental claim for post filing arrearage of $1,840.30 plus costs and attorney fees of $576.00 for a total of $2,416.30. Such claim shall be paid in full under the plan.

Dated this _____ day of December, 2015.

_____
Anton Nickolai
Debtor's Attorney

Dated this __16th__ day of December, 2015.

/s/ Mark C. Darnieder
Mark C. Darnieder
Attorney for Landmark Credit Union

Dated this __16th__ day of December, 2015.

/s/ Sandra M Ban for
Mary B. Grossman
Trustee